I. H. SPEARS v. Eva Mae SPEARS and George A. Sutton.

No. 10693.

United States Court of Appeals
Sixth Circuit.

Dec. 7, 1948.

I. H. Spears, of Pasadena, Cal., for appellant.

George A. Sutton, of Pontiac, Mich., for appellees.

Before HICKS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and oral argument of counsel for appellees, and no reversible error appearing upon the record, it is ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.

Clyde Sandell FAULKNER v. UNITED STATES of America.

No. 3767.

United States Court of Appeals
Tenth Circuit.

Nov. 10, 1948.

David Tant, of Oklahoma City, Okl., for appellant.

Robert E. Shelton, U. S. Atty., of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed for failure to prosecute.